UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| WEIJIE LU, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:22-cv-92 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| UNIVERSITY OF DAYTON, | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| Defendant. | : | |

**ENTRY AND ORDER VACATING CASE SCHEDULE**

As the parties are aware, the Court has now received complete briefing on Defendant's Motion for Summary Judgment (the "Motion"). (Doc. Nos. 12, 23, 26.) The Court also recognizes that, given that the Motion was filed relatively early in the litigation process, various discovery-related deadlines in the case schedule are approaching while this potentially dispositive motion remains pending. (Doc. No. 18.) Therefore, the Court vacates the current case schedule. After ruling on the Motion, the Court will issue a new case schedule if the action is not terminated by that ruling. Accordingly, it is hereby **ORDERED** that:

1. The remaining dates in the current case schedule (*see* Doc. No. 18 (Preliminary Pretrial Conference Order)) are **VACATED**; and,

2. If appropriate after it has ruled on the pending motion for summary judgment (Doc. No. 12), the Court will issue a new case schedule.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, October 14, 2022.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

1